

FILED

09/14/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 06-0544

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 06-0544

FILED

SEP 1 4 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN RE PETITION OF JANICE LORRAH FOR
REINSTATEMENT TO ACTIVE STATUS IN THE
BAR OF MONTANA

ORDER

Janice Lorrah has petitioned the Court for reinstatement to active status in the State Bar of Montana. Lorrah was admitted to the State Bar in 2014. On June 23, 2016, over five years ago, Lorrah was suspended from the State Bar for nonpayment of dues and has since remained on suspended status.

Lorrah was also removed to inactive status for failing to satisfy the Rules for Continuing Legal Education for the reporting year ending March 31, 2021. Lorrah has provided a letter from the State Bar Commission on Continuing Legal Education certifying that Lorrah has now completed all CLE requirements for that reporting year, in accordance with Rule 13 of the CLE Rules.

While we acknowledge Lorrah's completion of CLE requirements for the year ending March 31, 2021, nonetheless it is the Court's practice in cases such as this, given the amount of time since Lorrah has been on active status, to require a character and fitness review before reinstatement. Therefore,

IT IS ORDERED that Petitioner shall submit to an investigation conducted by the Commission on Character and Fitness, which, in its discretion, may be a limited investigation. Petitioner shall comply with the character and fitness process and timely produce information and documentation as requested by the Commission. The Commission will investigate Petitioner's character and fitness in accordance with the Rules of Procedure of the Commission on Character and Fitness. The Commission will advise the Court whether the Petitioner has been certified, conditionally certified, or denied certification. If the Commission denies certification, the Commission will issue written findings of fact, conclusions of law, and a decision pursuant to Section 5(c)(6) of the Rules

of Procedure of the Commission on Character and Fitness. If the Petitioner is certified or conditionally certified by the Commission on Character and Fitness, the Petitioner shall be admitted to the active practice of law in Montana upon payment of appropriate dues and fees and penalties to the State Bar of Montana.

The Clerk is directed to provide copies of this order to the Petitioner and the State Bar of Montana.

DATED this 14 day of September, 2021.

_____
Chief Justice

_____
_____
_____
_____
_____
Justices

2